# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0012.  NATHAN OHUCHE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

In this dispossessory action, the superior court entered its Final Judgment and Writ of Possession in favor of Federal National Mortgage Association. Nathan Ohuche then filed this discretionary application seeking to appeal the order. The application for discretionary appeal is hereby DENIED.

Ohuche has also filed an emergency motion, asking us to stay the execution of the writ of possession. That motion is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*